```
                                                                    FILED
                                                                  NOV 1 9 2013
         IN THE UNITED STATES DISTRICT COURT
            FOR THE WESTERN DISTRICT OF TEXAS              CLERK, U.S. DISTRICT COURT
                      AUSTIN DIVISION                      WESTERN DISTRICT OF TEXAS
                                                           BY_____
                                                                        DEPUTY CLERK
```

UNITED STATES OF AMERICA

-vs-                                             CAUSE NO.  A-13-CR-133-SS

GREGORY P. BOYD

## ORDER

BE IT REMEMBERED on the 18th day of November 2013, prior to the jury selection, the Court took up the pretrial motions and made certain oral orders in the record and now confirms the same.

IT IS ORDERED that the "Defendant's Unopposed Motion for Leave to Take Witness Out of Order" [#81] is GRANTED.

IT IS ORDERED that the "Unopposed Defendant Boyd's Motion in Limine" [#37] is DISMISSED, and the lawyers are instructed to make timely objections or waive objections when evidence described in the motion in limine is presented.

IT IS ORDERED that the "Government's Motion in Limine Regarding Peter Eric Hendrickson" [#41] is DISMISSED, and the parties are ORDERED to make timely objections when any evidence described in the motion is presented to the jury or waive the objections.

SIGNED this the 19th day of November 2013.

_____
UNITED STATES DISTRICT JUDGE